**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: D.C., D.C, AND D.C., MINORS | : No. 258 MAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: J.F., MOTHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.